# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fred's Stores of Tennessee, Inc., <br> *Plaintiffs* <br> v. <br> Wildevco LLC; Liberty Mutual Insurance Company, <br> *Defendants,* | ) <br> ) <br> ) <br> ) Civil Action No. 1:17-cv-03241-DCC <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendant's motion to dismiss is granted and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date: April 13, 2018                             *ROBIN L. BLUME, CLERK OF COURT*

                                        s/Ashley Buckingham
                                        *Signature of Clerk or Deputy Clerk*